UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA MAE HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE SAN JOAQUIN COUNTY DISTRICT ATTORNEY,<br><br>Defendant. | No. 2:22-cv-01080-DAD-KJN (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 11) |

Plaintiff Wanda Mae Harrison is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2022, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute this action. (Doc. No. 11.) In particular, on July 7, 2022, the court screened plaintiff's complaint and determined that plaintiff had failed to state a cognizable claim for relief, and the court directed plaintiff to file an amended complaint. (Doc. No. 7 at 4–5.) To date, plaintiff has not filed an amended complaint or otherwise communicated with the

/////

/////

1

court.[1]  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 11 at 1–2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 22, 2022 (Doc. No. 11) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 10, 2022**

UNITED STATES DISTRICT JUDGE

---

[1]  The service copies of the court's July 7, 2022 and July 20, 2022 orders, which were mailed to plaintiff at his address of record, were returned to the court as "Undeliverable, RTS, Attempted, Not Known, Unable to forward, Not here."  Thus, plaintiff was required to file a notice of his change of address with the court no later than October 11, 2022.  To date, plaintiff has not filed a notice of his change of address or otherwise communicate with the court.

[2]  The service copy of the findings and recommendations, which was mailed to plaintiff at his address of record, was also returned to the court as "Undeliverable."